## Commonwealth *v.* Fay, Appellant.

Submitted November 11, 1974. *John M. Cascio,* Public Defender, for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gordon, Appellant.

Submitted November 11, 1974. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Green, Appellant.

Submitted December 6, 1974. *Oliver E. Mattas, Jr.,* Assistant Public Defender, for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.